IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALFARO, | 1:12-cv-00568 BAM (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | AS MOOT |
| WILLIAM J. MCGUINNESS, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On May 10, 2012, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on May 1, 2012, IT IS HEREBY ORDERED THAT plaintiff's application of May 10, 2012, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   May 11, 2012                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE