# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALFARO, | CASE NO. 1:12-cv–00568-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |
| v. | (ECF No. 9) |
| WILLIAM J. McGUINNESS, et al., | |
| Defendants. | |

Plaintiff Jesse Alfaro is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on April 12, 2012, alleging deliberate indifference to serious medical needs by medical staff at California State Prison, Corcoran ("CSP-Corcoran"). (ECF No. 1.) On April 27, 2012, Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.) Plaintiff filed a motion for injunctive relief requesting an order directing medical staff at Kern Valley State Prison to comply with the California Code of Regulations and provide adequate pain medication. (ECF No. 9.)

As a threshold matter, Plaintiff must establish that he has standing to seek preliminary injunctive relief. Summers v. Earth Island Institute, 555 U.S. 488, 493, 129 S. Ct. 1142, 1149 (2009) (citation omitted); Pacific Rivers Council v. U.S. Forest Service, 668 F.3d 609, 618 (9th Cir. 2012) (citation omitted); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010) (citation omitted). Plaintiff "must show that he is under threat of suffering an 'injury in fact' that is concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable judicial

decision will prevent or redress the injury." <u>Summers</u>, 555 U.S. at 493, 129 S. Ct. at 1149 (citation omitted); <u>Pacific Rivers Council</u>, 668 F.3d at 618; <u>Mayfield</u>, 599 F.3d at 969.

  The medical care claims set forth in Plaintiff's complaint arise from events which occurred at CSP-Corcoran from 2008 through 2010. In addition to the fact that Plaintiff's claims arise from past events, Plaintiff is no longer incarcerated at CSP-Corcoran. Accordingly, Plaintiff lacks standing to seek relief directed at remedying his current conditions of confinement at the Kern Valley State Prison and his motion for a preliminary injunction is HEREBY DENIED.

  IT IS SO ORDERED.

Dated: **June 13, 2012**      /s/ **Barbara A. McAuliffe**
                UNITED STATES MAGISTRATE JUDGE