# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALFARO, | Case No. 1:12-cv-00568-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE EXHIBITS IN SUPPORT OF THEIR MOTION TO DISMISS AND AMENDED MOTION TO DISMISS |
| v. | |
| WILLIAM J. MCGUINNESS, et al., | SEVEN-DAY DEADLINE |
| Defendants. | |

Plaintiff Jesse Alfaro, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2012. This action for damages is proceeding on Plaintiff's complaint against Defendants McGuinness, Moon, Neubarth, John Doe and Jane Doe for deliberate indifference to serious medical needs in violation of the Eighth Amendment of the United States Constitution.

On March 12, 2015, Defendants filed a motion to dismiss Plaintiff's complaint based on a failure to prosecute. (ECF No. 31.) On April 8, 2015, Defendants filed an amended motion to dismiss correcting the conclusion section of the original motion to dismiss. (ECF No. 32.) Although Plaintiff's original motion includes a declaration with supporting exhibits, the referenced exhibits have not been filed with either motion.

Accordingly, it is HEREBY ORDERED that:

1. Within seven (7) days from the date of this order, Defendants shall file the exhibits referenced in their March 12, 2015 motion to dismiss; and

2. Within seven (7) days from the date of this order, Defendants also shall submit a declaration, under penalty of perjury, identifying when the supporting exhibits were served on Plaintiff Jesse Alfaro.

IT IS SO ORDERED.

Dated:  **May 5, 2015**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE